AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv411 | DATE FILED<br>6/29/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Intermec IP Corp. | | DEFENDANT<br>Alien Technology Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,528,222 | 6/18/96 | International Business Machines Corporation |
| 2 | 5,777,561 | 7/7/98 | International Business Machines Corporation |
| 3 | 5,828,318 | 10/27/98 | International Business Machines Corporation |
| 4 | 5,850,181 | 12/15/98 | International Business Machines Corporation |
| 5 | 5,912,632 | 6/15/99 | International Business Machines Corporation |
| | 5,995,019 | 11/30/99 | Intermec I.P. Corp |
| | US 6,400,274 B1 | 6/4/02 | Intermec I.P. Corp |
| | US 6,286,762 B1 | 9/11/01 | Intermec IP Corp. |
| | US 6,812,841 B2 | 11/2/04 | Intermec IP Corp. |
| | US 6,812,852 B1 | 11/2/04 | Intermac IP Corp. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

✎ AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | June 30, 2006 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**