IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-411-GMS |
| ALIEN TECHNOLOGY CORP., a Delaware corporation, | ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Alien Technology Corp. ("Alien") must move, answer or otherwise respond to Intermec IP Corp.'s Complaint is extended through and including August 18, 2006. Due to the schedules of Delaware counsel and co-counsel for Alien in July 2006, additional time is needed for counsel to review the complaint and consult with their client.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Frederick L. Cottrell, III |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Maryellen Noreika (#3208) | Chad M. Shandler (#3796) |
| Rodger D. Smith II (#3778) | Alyssa M. Schwartz (#4351) |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-658-9200 | 302-651-7700 |
| Attorneys for Plaintiff Intermec IP Corp. | Attorneys for Defendant Alien Technology Corp. |

SO ORDERED this _____ day of _____, 2006.

_____
Judge

RLF1-3036518-1