IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP., a Delaware corporation,

        Plaintiff,

v.

ALIEN TECHNOLOGY CORP., a Delaware corporation,

        Defendant.

C.A. No. 06-411-GMS

### ALIEN TECHNOLOGY CORPORATION'S MOTION TO DISMISS OR STAY, OR, IN THE ALTERNATIVE, TRANSFER

Defendant Alien Technology Corporation ("Alien"), hereby moves this Court to dismiss this action or to stay it in favor of the previously filed action pending in the United States District Court for the District of North Dakota ("District of North Dakota"). Alternatively, Alien moves to transfer this action to the District of North Dakota. The grounds for this motion are stated in Alien's opening brief which is being filed with this motion.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Of Counsel:
Gregory P. Stone
Charles D. Siegal
Megan M. LaBelle
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

August 18, 2006

Attorneys for Defendant Alien Technology Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP., a Delaware corporation,

        Plaintiff,

v.

ALIEN TECHNOLOGY CORP., a Delaware corporation,

        Defendant.

C.A. No. 06-411-GMS

### [PROPOSED] ORDER

The Court, having considered defendant Alien Technology Corporation's Motion to Dismiss or Stay, or, in the Alternative, Transfer (the "Motion"), and all briefing and argument thereon, and good cause having been shown for the relief sought in the Motion.

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED and that the above-captioned action is dismissed with prejudice [transferred to the United States District Court for the District of North Dakota].

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I hereby certify that on August 18, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-3038507-1