IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP., a Delaware corporation,

        Plaintiff,

v.

ALIEN TECHNOLOGY CORP., a Delaware corporation,

        Defendant.

C. A. No. 06-411-GMS

DECLARATION OF GLENN W. GENGEL
IN SUPPORT OF ALIEN TECHNOLOGY CORP.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER

Of Counsel:
Gregory P. Stone
Charles D. Siegal
Megan M. LaBelle
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Alien Technology Corporation

August 18, 2006

I, Glenn W. Gengel, declare as follows:

1. I am Vice President, Operations for Alien Technology Corporation ("Alien"). The contents of this Declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to its contents.

2. The dispute in both the North Dakota and Delaware cases focuses on patents relating to RFID devices. RFID systems typically consist of at least one "tag," which can transmit information, and a "reader," which can receive a signal from the tag that contains information. The information can identify the object to which the tag is affixed. RFID devices may be used for inventory control, to identify animals, for credit cards or drivers' licenses, or many other uses.

3. Alien is incorporated in Delaware, but has its principal office in Morgan Hill, California.

4. Alien has a 45,558 square foot facility in Fargo, North Dakota, which serves as Alien's manufacturing facility for its tag products. Tag products manufactured at that facility are likely to be challenged by Intermec IP.

5. US Pat. 5,528,222 relates to the manufacture and structure of a flexible RFID tag.

6. As of April 1, 2006, Alien had negative net earnings and total assets of about $84 million. It employed, as of April 1, 2006, approximately 240 people.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. Executed this 11th day of August, 2006, in the County of Santa Clara, State of California.

_____
Glenn W. Gengel

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I hereby certify that on August 18, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-3038507-1