IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERMEC IP CORP., a Delaware corporation,

        Plaintiff,

v.

ALIEN TECHNOLOGY CORP., a Delaware corporation,

        Defendant.

C. A. No. 06-411-GMS

DECLARATION OF JOHN STEPHEN SMITH
IN SUPPORT OF ALIEN TECHNOLOGY CORP.'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER

Of Counsel:
Gregory P. Stone
Charles D. Siegal
Megan M. LaBelle
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

August 18, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Alyssa M. Schwartz (#4351)
schwattz@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Defendant Alien Technology Corporation

I, Dr. John Stephen Smith, declare as follows:

1. I am Chief Technology Officer and Founder of Alien Technology Corporation ("Alien"). The contents of this Declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to its contents.

2. Thirteen of the 14 patents-at-issue in the North Dakota and Delaware cases (all, except US Pat. 5,528,222) relate to the reader-tag air interface protocol.

3. To understand the patents-in-suit in the two cases (other than the '222 patent), one will need to know the operation and communication (the interoperability) between tags and readers properly to understand the technology, the patents' claims, and Alien's products, including for example (i) reader commands for selection and identification, (ii) tag selection states and functions, and (iii) powering tag by reader and loss of power during "frequency hopping."

4. Three of those patents Intermec IP asserts in the Delaware Action (Numbers '318, '672 and '852) relate to selecting a subset of tags from a larger group, which is in the same general area as patents '561 and '019, relating to selection of tags based on physical attributes, which appear in both cases.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. Executed this 14th day of August, 2006, in the County of Santa Clara, State of California.

_____
Dr. John Stephen Smith

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I hereby certify that on August 18, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Alyssa M. Schwartz (#4351)
schwartz@rlf.com

RLF1-3038507-1