IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-411-GMS |
| ALIEN TECHNOLOGY CORP., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which plaintiff Intermec IP Corp. ("Intermec") may respond to defendant Alien Technology Corp.'s Motion to Dismiss or Stay, or in the Alternative, Transfer (D.I. 9) is extended through and including October 2, 2006. Due to professional commitments and vacation schedules of Delaware counsel and co-counsel for Intermec in August and September, 2006, additional time is needed for counsel to review the motion papers, consult with their client, and prepare an answering brief.

| | |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Alyssa M. Schwartz* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Maryellen Noreika (#3208) | Chad M. Shandler (#3796) |
| Rodger D. Smith II (#3778) | Alyssa M. Schwartz (#4351) |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-658-9200 | 302-651-7700 |
| Attorneys for Plaintiff Intermec IP Corp. | Attorneys for Defendant Alien Technology Corp. |

SO ORDERED this _____ day of _____, 2006.

_____
Judge