IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-411-GMS |
| ALIEN TECHNOLOGY CORP., a Delaware corporation, | ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Alien Technology Corp. ("Alien") may file its reply brief to plaintiff's Answering Brief in Opposition to Alien's Motion to Dismiss or Stay, or, in the Alternative Transfer (the "Answering Brief") is extended through and including October 24, 2006. Due to the schedules of Delaware counsel and co-counsel for Alien in October 2006, additional time is needed for counsel to review the Answering Brief and prepare a reply.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Frederick L. Cottrell, III |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| jblumenfeld@mnat.com | cottrell@rlf.com |
| Maryellen Noreika (#3208) | Chad M. Shandler (#3796) |
| mnoreika@mnat.com | shandler@rlf.com |
| Rodger D. Smith II (#3778) | Alyssa M. Schwartz (#4351) |
| rsmith@mnat.com | schwartz@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| 302-658-9200 | 302-651-7700 |
| Attorneys for Plaintiff Intermec IP Corp. | Attorneys for Defendant Alien Technology Corp. |

SO ORDERED this _____ day of _____, 2006.

_____
Judge

RLF1-3066045-1