# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

ALYSSA M. SCHWARTZ                WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

October 25, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> **Re:   Intermec IP Corp. v. Alien Technology Corp.,**
> **C.A. No. 06-411-GMS**

Dear Judge Sleet:

   Pursuant to District of Delaware Local Rule 7.1.4, defendant Alien Technology Corporation ("Alien") respectfully requests that Your Honor hear oral argument on Alien's Motion to Dismiss or Stay, or, in the Alternative, Transfer. With the filing of Alien's Reply Brief on October 24, 2006, the parties concluded briefing on this matter.

   Counsel would be happy to assist by coordinating dates for oral argument with the Court and counsel. Thank you for your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg
cc: Clerk of the Court (by electronic filing)
  Jack B. Blumenfeld, Esq. (by electronic filing and hand delivery)
  Carson P. Veach, Esq. (by electronic mail)
  Frederick L. Cottrell, III, Esq.
  Chad M. Shandler, Esq.

RLF1-3074323-1