# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

November 17, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

  Re: **Intermec IP Corp. v. Alien Technology Corp.,
     C.A. No. 06-411-GMS**

Dear Judge Sleet:

  I write on behalf of defendant Alien Technology Corporation ("Alien").

  As Your Honor is aware, Alien has filed a Motion to Dismiss or Stay, or, in the Alternative, Transfer (the "Motion") the above-captioned matter. (D.I. 9). Alien has requested that consideration of the Motion be deferred pending a ruling from the North Dakota District Court on Intermec IP Corp. ("Intermec") and related corporations' motion to dismiss Alien's first-filed action. Alien writes to advise Your Honor that Intermec's motion to dismiss is scheduled for oral argument on December 14, 2006.

  Counsel remains available should Your Honor have any questions.

           Respectfully,

          Alyssa M. Schwartz (#4351)

AMS:lmg
cc: Clerk of the Court (by electronic filing)
   Jack B. Blumenfeld, Esq. (by electronic filing and hand delivery)
   Carson P. Veach, Esq. (by electronic mail)
   Frederick L. Cottrell, III, Esq.
   Chad M. Shandler, Esq.

RLF1-3083638-1