IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERMEC IP CORP., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-411-GMS ) |
| ALIEN TECHNOLOGY CORP., a Delaware corporation, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Gregory E. Stuhlman of Richards, Layton & Finger is substituted for Alyssa M. Schwartz of Richards, Layton & Finger, as counsel for Alien Technology Corp. in the above-captioned matter. Frederick L. Cottrell, III, Chad M. Shandler and Richards, Layton & Finger continue to represent Alien Technology Corp. in this matter.

Of Counsel:
Gregory P. Stone
Charles D. Siegal
Andrea Weiss Jeffries
Daniel A. Beck
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700

Dated: December 18, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I hereby certify that on December 18, 2006, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com