# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

January 8, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

     Re: *Intermec IP Corp. v. Alien Technology Corp.*
       C.A. No. 06-411 (GMS)

Dear Judge Sleet:

  We have received the January 5, 2007 letter from Alien's counsel to the Court advising that the North Dakota Court has denied the motion to dismiss that action. In light of that decision, Intermec has today filed an Amended Complaint limiting this action to four patents that are not at issue in the North Dakota case. The Amended Complaint moots Alien's pending motion to dismiss or stay. Intermec believes that this case should go forward on these patents, and requests that a scheduling conference be set.

          Respectfully,

         */s/ Rodger D. Smith II*

         Rodger D. Smith II (#3778)

cc: Clerk of the Court (By E-Filing)
   Frederick L. Cottrell III, Esquire (By E-Filing)
   Gregory P. Stone, Esquire (By Facsimile)

660129