IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**INTERMEC IP CORP.**, a Delaware corporation,

        Plaintiff,

v.

**ALIEN TECHNOLOGY CORP.**, a Delaware corporation,

        Defendant.

C.A. No. 06-411-GMS

### ALIEN TECHNOLOGY CORPORATION'S MOTION TO DISMISS OR STAY, OR, IN THE ALTERNATIVE, TRANSFER THE CLAIMS ALLEGED IN PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Alien Technology Corporation ("Alien"), hereby moves this Court to dismiss this action or to stay it in favor of the previously filed action pending in the United States District Court for the District of North Dakota ("District of North Dakota"). Alternatively, Alien moves to transfer this action to the District of North Dakota. The grounds for this motion are stated in Alien's opening brief which is being filed with this motion.

*Of Counsel:*
Gregory P. Stone
Charles D. Siegal
Megan M. LaBelle
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9100

Dated: January 23, 2007

/s/ CMS
_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Defendant Alien Technology Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

I hereby certify that on January 23, 2007, I have caused the foregoing to be sent by Federal Express to the following non-registered participants:

Carson P. Veach
Leland W. Hutchinson, Jr.
Jacob D. Koering
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Chad M. Shandler (#3796)
shandler@rlf.com