OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 2, 2007

Clerk of the Court
United States District Court for the
 District of North Dakota
Fargo Division
655 1st Avenue North
Fargo, ND 58102

  RE: Intermec IP Corp. v. Alien Technology Corp.
     District of DE Civil Action No. 06-411 GMS

Dear Clerk:

 Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

  (X) Certified copy of the docket sheet;
  (X) Certified copy of the Order of Transfer;

 Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

 Please acknowledge receipt of the above items on the attached copy of this letter.

         Sincerely,

         Peter T. Dalleo, Clerk of Court

         By: _Marie McDavid_
          Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**