OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 2, 2007

Clerk of the Court
United States District Court for the
 District of North Dakota
Fargo Division
655 1st Avenue North
Fargo, ND 58102



RE:    Intermec IP Corp. v. Alien Technology Corp.
 <u>District of DE Civil Action No. 06-411 GMS</u>

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X )    Certified copy of the docket sheet;
(X )    Certified copy of the Order of Transfer;

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _Marie McDavid_
Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** 2/6/07 .

_Signature_
**Signature**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FARGO ND 581

06 FEB 2007 PM 2 L

ATTN: 





## BUSINESS     REPLY     MAIL
FIRST CLASS MAIL     PERMIT NO. 12615     WASHINGTON, DC

POSTAGE WILL BE PAID BY ADDRESSEE



**U.S. DISTRICT COURT**
**BIN #18**
**844 N KING ST**
**WILMINGTON DE   19801-9956**